Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  17–18766–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dane Richards Sr.
    112 Broad Street
    Eatontown, NJ 07724

Social Security No.:
    xxx–xx–6504

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/17.

        Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 16, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Dane Richards, Sr.,
        Debtor

Case No. 17-18766-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 2         Date Rcvd: Nov 16, 2017
                       Form ID: 148           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.

```
db             +Dane Richards, Sr.,    112 Broad Street,    Eatontown, NJ 07724-1504
r              +Kim Spector,   Coldwell Banker,    17 West River Road,    Rumson, NJ 07760-1418
cr             +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516796582      +A J Insurance Agency,    3455 State Route 66,    Neptune, NJ 07753-2759
516796583       AOL,    P.O. Box 5110,    Sterling, VA 20165
516796584      +AOL Collection Dept.,    Dept. 5110,    PO Box 65101,    Sterling, VA 20165-8801
516796585      +Atlantic Cardiology,    444 Neptune Blvd 2nd Floor,    Neptune, NJ 07753-4144
516796586       Barbara Johansen,    57 Harry Drive,    Manahawkin, NJ 08050-4107
516796590      +Christine Richards,    112 Broad Street,    Eatontown, NJ 07724-1504
516796591      +Elliott Lous Pell,Esq.,    P.O. Box 405,    Florham Park, NJ 07932-0405
516796592       Grand Lake Resort,    PO Box 730119,    Ormond Beach, FL 32173-0119
516796594      +Jeffrey Rosen, Esq.,    788 Shrewsbury Ave,    Suite 2207,    Tinton Falls, NJ 07724-3080
516977337      +Jersey Central Power and Light,    101 Crawford's Corner Rd,    Bldg #1  Ste 1-511,
                 Holmdel, NJ 07733-1900
516796597      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516796598      +Phelan Hallinan Diamond & Jones,PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
516796600      +Richard Robertson,    1620 Sun Meadow Drive,    Conway, SC 29526-1906
517029367      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Nov 16 2017 22:28:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
516796587      +EDI: TSYS2.COM Nov 16 2017 22:28:00     Barclay Mastercard,    P.O. Box 8801,
                 Wilmington, DE 19899-8801
516796588       EDI: CAPITALONE.COM Nov 16 2017 22:28:00     Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516886788       EDI: CAPITALONE.COM Nov 16 2017 22:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516796589       EDI: RMSC.COM Nov 16 2017 22:28:00     Care Credit,    Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516808191      +EDI: AIS.COM Nov 16 2017 22:28:00     First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517074702      +E-mail/Text: ipfscollectionsreferrals@ipfs.com Nov 16 2017 22:41:10     IPFS Corporation,
                 30 Montgomery Street,    Suite 1000,    Jersey City, NJ 07302
516796595       E-mail/Text: camanagement@mtb.com Nov 16 2017 22:40:39     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
516796596      +E-mail/Text: bknotices@mbandw.com Nov 16 2017 22:41:05     McCarthy, Burgess & Wolff,
                 The MB & W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
516992985      +EDI: PRA.COM Nov 16 2017 22:28:00     Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516796599       EDI: PRA.COM Nov 16 2017 22:28:00     Portfolio Recovery Associates, LLC,
                 120 Corporate Boulevard,    Norfolk, VA 23502
517077525       EDI: PRA.COM Nov 16 2017 22:28:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517077605       EDI: PRA.COM Nov 16 2017 22:28:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516908083       EDI: Q3G.COM Nov 16 2017 22:28:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516798754      +EDI: RMSC.COM Nov 16 2017 22:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516796602       EDI: VERIZONCOMB.COM Nov 16 2017 22:28:00     Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
516966344       EDI: WFFC.COM Nov 16 2017 22:28:00     WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,
                 DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN MN 55121-7700
516946574       EDI: WFFC.COM Nov 16 2017 22:28:00     Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
516796603      +EDI: WFFC.COM Nov 16 2017 22:28:00     Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                                TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Nov 16, 2017
                              Form ID: 148             Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516796593*      Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516886866*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T BANK,   PO BOX 1288,   Buffalo, NY 14240)
516796601*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              Joseph  Casello   on behalf of Debtor Dane  Richards, Sr. jcasello@cvclaw.net,
               jcasello627@gmail.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers   on behalf of Creditor   WELLS FARGO BANK, NA ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                             TOTAL: 9
```